FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

2:06cv720-WHA

RECEIVED

2006 AUG 11 A 9:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name **DUVAL JONES**

Prison Number **189486**

Place of Confinement **ALABAMA DEPARTMENT OF CORRECTIONS FOUNTAIN CORRECTIONAL FACILITY FOUNTAIN 3800 ATMORE, AL 36503**

United States District Court **MIDDLE** District of **ALABAMA**

Case No. _____
(To be supplied by Clerk of U. S. District Court)

**DUVAL JONES**, PETITIONER
(Full name) (Include name under which you were convicted)

**WARDEN - JERRY FERRELL**, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF **ALABAMA**

**TROY KING**, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper.' All pleadings, etc. filed after 12/31/82 must be on 8-½ x 11 inch paper, otherwise we cannot accept them.

SCANNED
BR 8/11/06

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and two copies* must be mailed to the Clerk of the United States District Court whose address is
   P. O. Box 711, Montgomery, Alabama  36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack   CIRCUIT COURT OF COVINGTON COUNTY ALABAMA

2. Date of judgment of conviction   6-18-02

3. Length of sentence   30 YRS     Sentencing Judge   HON. ASHLEY McKATHAN

4. Nature of offense or offenses for which you were convicted:
   ROBBERY II

5. What was your plea? (check one)
   (a) Not guilty   ( )
   (b) Guilty       (✓)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:   N/A

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only (✓)   PLEA BARGAIN

7. Did you testify at the trial? Yes ( )  No (✓)

8. Did you appeal from the judgment of conviction? Yes ( )  No (✓)

9. If you did appeal, answer the following:
   (a) Name of court _____ N/A _____
   (b) Result _____ N/A _____
   (c) Date of result _____ N/A _____
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: _____ N/A _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (✓)  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court _____ COVINGTON COUNTY CIRCUIT COURT _____
       (2) Nature of proceeding _____ PETITION FOR RELIEF FROM CONVICTION OR SENTENCE - RULE 32 _____
       (3) Grounds raised (1) THE COURT WAS WITHOUT JURISDICTION TO RENDER JUDGEMENT OR TO IMPOSE SENTENCE.

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)
       (5) Result _____ N/A _____
       (6) Date of result _____ N/A _____
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court _____ NONE _____
       (2) Nature of proceeding _____ N/A _____
       (3) Grounds raised _____ N/A _____ N/A _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)
       (5) Result _____ N/A _____
       (6) Date of result _____ N/A _____

(c) As to any third petition, application or motion, give the same information:
   (1) Name of Court _____ N/A _____
   (2) Nature of proceeding _____ N/A _____
   N/A
   (3) Grounds raised _____ N/A _____
   _____
   _____
   _____
   _____
   _____
   _____
   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
   (5) Result _____ N/A _____
   (6) Date of result _____ N/A _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
   (1) First petition, etc.        Yes ( )  No (✓)
   (2) Second petition, etc.       Yes ( )  No (✓)
   (3) Third petition, etc.        Yes ( )  No (✓)
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: I DID NOT KNOW THE LAW, THE APPEAL PROCESS AND WHEN I DISCOVERED SOME CASE LAW AND MY FILING WITHIN A TIMELY MANNER WAS EXHAUSTED
_____
_____
_____

12. State **concisely** every ground on which you claim that you are being held unlawfully.  Summarize **briefly** the **facts** supporting each ground.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, **you should raise in this petition all available grounds** (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: THE COURT WAS WITHOUT JURISDICTION TO RENDER JUDGEMENT OR TO IMPOSE SENTENCE

Supporting FACTS (tell your story briefly without citing cases or law): THE TRIAL COURT LACKED SUBJECT MATTER JURISDICTION TO ACCEPT THE PLEA ENTERED IN THIS CAUSE. THE TRIAL COURT DID NOT HAVE PETITIONERS CONSENT TO AMEND THE INDICTMENT CHARGING HIM WITH 1ST DEGREE ROBBERY, "TO ADD ALLEGATIONS THAT ANOTHER PERSON AIDED HIM IN THE ROBBERY." AN ESSENTIAL ELEMENT OF THE 2ND DEGREE ROBBERY THEREBY SENTENCING THE PETITIONER TO 30 YRS IN THE ALABAMA DEPT. OF CORRECTION ON JUNE 19, 2002 THE PETITIONER PLEAD GUILTY TO 2ND DEGREE ROBBERY WHICH IS NOT A LESSER INCLUDED OFFENSE OF 1ST DEGREE ROBBERY AND THAT THE INDICTMENT AGAINST HIM DID NOT ALLEDGE THAT HE WAS "AIDED BY ANOTHER PERSON ACTUALLY PRESENT" AN ESSENTIAL ELEMENT OF THE INSTANT OFFENSE OF 2ND DEGREE ROBBERY.

B. Ground two: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (tell your story briefly without citing cases or law): COUNSEL LEAD THE PETITIONER TO BELIEVE THAT A PLEA OF GUILTY WOULD YIELD CONSEQUENCES DIFFERENT THAN THEY ACTUALLY ARE. COUNSEL TOLD THE PETITIONER THAT THE THEFT PROPERTY 1ST CASE IN COFFEE COUNTY IN WHICH ON 6-10-02 WHICH 15 YRS IN THE ALABAMA DEPT OF CORRECTIONS WAS IMPOSED WOULD BE THE PRIMARY CASE AND THE 30 YR 6-19-02 COVINGTON COUNTY CASE WOULD BE RAN CONCURRENTLY AND THE SENTENCING ORDER SHOWS THE 30 YRS SENTENCE RAN IN CONCURRENTLY WITH THE 15 YR SENTENCE. COUNSEL TOLD PETITIONER THE COURT WOULD DO IT THIS WAY SO THE PETITIONER COULD EARN GOOD TIME.

C. Ground three: _N/A_

Supporting FACTS (tell your story briefly without citing cases or law):

N/A

D. Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of law):

N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( )  No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
 (a) At preliminary hearing  MEREDITH PETERS  206 THAMES ST  ANDALUSIA, AL 36420
 (b) At arraignment and plea  RILEY POWELL  P.O. DRAWER 969  ANDALUSIA, AL. 36420

 (c) At trial _N/A_

 (d) At sentencing _RILEY POWELL P.O. DRAWER 969 ANDALUSIA, AL 36420_

 (e) On appeal _N/A_

 (f) In any post-conviction proceeding _N/A_

 (g) On appeal from any adverse ruling in a post-conviction proceeding: _N/A_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( ) No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( ) No (✓)

 (a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_

 (b) And give date and length of sentence to be served in the future: ____

 (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( ) No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_PRO-SE_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____
             (date)

_[signature]_
Signature of Petitioner