IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DUVAL JONES, #189 486                *

    Petitioner,                          *

    v.                                        *     2:06-CV-720-WHA

JERRY FERRELL, WARDEN, *et al.*,     *

    Respondents.                         *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 18th day of August, 2006.

                                            /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED   STATES   MAGISTRATE   JUDGE