**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Troy King
Attorney General's Office
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
                                          8/22/06

C. Signature
X  Givner                    ☐ Agent
                             ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2:06CV720
C+B                                    (20)

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7005 1820 0002 3465 0832

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952