| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X (signature) ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Barbara Gr[n]  C. Date of Delivery 3-21-06 |
| 1. Article Addressed to:<br><br>Warden Jerry Ferrell<br>Fountain Correctional Facility<br>Fountain 3800<br>Atmore, AL 36503 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:04cv 720<br>C+O                 20 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 5190 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540