IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DUVAL JONES, AIS#189486, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. |
| | ) 2:06-cv-00720-WHA-SR |
| WARDEN JERRY FERRELL, et al., | ) |
| | ) |
| RESPONDENTS. | ) |

**MOTION FOR 21-DAY ENLARGEMENT TO FILE
RESPONSE TO FEDERAL HABEAS CORPUS PETITION**

Come now Respondents, by and through the Attorney General of the State of Alabama, and move this Honorable Court for an Order granting Respondents an enlargement of 21 days from Thursday, September 7, 2006, to file its response in the above-styled cause. As grounds for said enlargement, Respondents show the following:

1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had adequate time to prepare a sufficient response.

2. The additional time requested will not prejudice the rights of Petitioner.

Wherefore, Respondent respectfully requests an extension of 21 days in which to file a response in the above styled case.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/John M. Porter
John M. Porter (ASB5818-P77J)
Assistant Attorney General

Case 2:06-cv-00720-WHA-SRW    Document 7    Filed 09/07/2006    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>7th</u> day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Duval Jones, AIS #189486, Fountain Correctional Facility, Fountain 3800, Atmore, Alabama  36503.</u>

                                        Respectfully submitted,

                                        s/John M. Porter
                                        John M. Porter(ASB5818-P77J)
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union
                                        Montgomery, AL  36130-0152
                                        Telephone: (334) 242-7300
                                        Fax: (334) 242-2848
                                        E-Mail: JPorter@ago.state.al.us

177266