IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 11 A 9:30

| | |
|---|---|
| DUVAL JONES, #189486 ) | |
| Plaintiff, ) | |
| vs. ) | NO. 2:06-CV-720-WHA |
| JERRY FERRELL, WARDEN, et al., ) | |
| Respondents, ) | |

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Jerry Ferrell who is known to me, and who after being duly sworn according to the law deposes and says that he is informed of and has no personal knowledge of the matters set forth in this affidavit.

My name is Jerry Ferrell, I am currently employed as a Warden III with the State of Alabama Department of Corrections at G.K. Fountain Center/J.O. Davis Unit, Atmore, Alabama. I am over twenty-one years of age.

I have read and understand complaint No. 2-06-CV-720-WHA.  This respondent avers that the petitioner was received at Fountain Correctional Facility on 11/01/02. A review of our records did not reveal any evidence that a previous petition has been filed.  No

1

filing fees have been deducted from the petitioner's prison money on deposit account (PMOD) nor have any court orders been received to deduct such fees.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jerry Ferrell, Warden III

Sworn and subscribed to before me this 31st day of August 2006.

_____
NOTARY PUBLIC

My Commission Expires Aug. 20, 2007
_____
MY COMMISSION EXPIRES

2