IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DUVAL JONES, #189 486              *

    Petitioner,                           *

    v.                                         *         2:06-CV-720-WHA

JERRY FERRELL, WARDEN, *et al.*,   *

    Respondents.                         *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1 . Respondents' motion (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED an extension from September 11, 2006 to October 2, 2006 to file their answer.

DONE, this 11th day of September, 2006.

        /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE