IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DUVAL JONES,<br>AIS# 189486, | )<br>)<br>) |
| Petitioner, | )<br>) |
| VS. | ) CIVIL ACTION NO.<br>) 2:06-CV-720-WHA<br>) |
| JERRY FERRELL,<br>et al, | )<br>)<br>) |
| Respondents. | ) |

## RESPONDENTS' ANSWER TO COURT'S
## ORDER TO SHOW CAUSE

Come now Respondents, by and through the Attorney General of the State of Alabama, and file their response to this Court's Order to Show Cause dated August 18, 2006, giving the Respondents 20 days in which to file a response to the Petition for Writ of Habeas Corpus filed by the Petitioner, Duval Jones. On September 7, 2006, this Court granted the Respondents an enlargement of 21 days in which to file its response. In response, Respondents file the following answer, memorandum brief, and exhibits.

## PROCEDURAL HISTORY

1. On June 18, 2002, Jones pleaded guilty to second degree robbery and was sentenced to 30 years' imprisonment. Petition, p. 2-3; State's Exhibit A, p. 4. Jones did not directly appeal his conviction. Id.

2. Jones filed a petition for post-conviction relief pursuant to Rule 32 of the Alabama Rules of Criminal Procedure on November 25, 2003. State's Exhibit B, p. 2. The circuit court summarily denied Jones's petition on December 30, 2003, and denied his motion for an out-of-time appeal on July 1, 2004. Id. Jones filed two more Rule 32 petitions – one on February 2, 2005 which was denied on March 16, 2005, and another on October 31, 2005 which was dismissed on November 28, 2005. State's Exhibits C and D.

## JONES'S FEDERAL HABEAS CLAIMS

4. On July 28, 2006, Jones filed a writ of habeas corpus petition raising the following claims:

(1) The Court was without subject matter jurisdiction because it improperly amended his indictment; and

(2) His trial counsel was ineffective.

Petition, p. 5.

5. On August 18, 2006, this Court entered an order requiring Respondents to show cause why Jones's habeas corpus petition should not be granted. On

September 7, 2006, this Court granted the Respondents an enlargement of 21 days, giving the Respondents until September 28, 2006 in which to respond.

## ANSWER TO THE PETITION

6. Jones's federal habeas corpus petition is untimely under the one-year statute of limitation provision of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).

7. Respondents admit Jones is presently incarcerated in a state facility resulting from his conviction for second degree robbery, but deny he is in custody in violation of the laws or constitution of the United States. Jones's convictions and sentences were validly and constitutionally obtained.

## MEMORANDUM BRIEF IN SUPPORT OF ANSWER

8. Jones's petition is barred by the one-year statute of limitation set out by the AEDPA. According to **28 U.S.C.A. § 2244(d):**

> (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of--
>
> > **(A)** the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

> **(B)** the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
>
> **(C)** the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>
> **(D)** the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
>
> **(2)** The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Because Jones pleaded guilty on June 18, 2002, pursuant to Rule 4(b)(1) of the Alabama Rules of Appellate Procedure he had 42 days from that date (July 30, 2002) in which to directly appeal his conviction. Accordingly, he had one year from that date in which to file his federal habeas corpus petition. Although he filed his first Rule 32 petition on November 25, 2003, one year had already transpired and his time for filing his federal habeas corpus petition had lapsed pursuant to the AEDPA.

4

## CONCLUSION

Based upon the foregoing authorities and facts, Jones's federal habeas corpus petition should be dismissed with prejudice.

                                        Respectfully submitted,

                                        Troy King (KIN047)
                                        Attorney General
                                        By:

                                        s/John M. Porter
                                        John M. Porter (ASB5818-P77J)
                                        Assistant Attorney General

## EXHIBITS

Exhibit A  -  Alacourt.com Case Action Summary sheet in Covington County Circuit Court CC-2002-0129.00 (Jones's guilty plea to second degree robbery).

Exhibit B  -  Alacourt.com Case Action Summary sheet in Covington County Circuit Court CC-2002-0129.60 (Jones's first Rule 32 petition).

Exhibit C  -  Alacourt.com Case Action Summary sheet in Covington County Circuit Court CC-2002-0129.61 (Jones's second Rule 32 petition).

Exhibit D  -  Alacourt.com Case Action Summary sheet in Covington County Circuit Court CC-2002-0129.62 (Jones's third Rule 32 petition).

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document (including all exhibits) to the following non-CM/ECF participants: Duval Jones, AIS 189486, Fountain Correctional Facility, Fountain 3800, Atmore, AL 36503.

Respectfully submitted,

s/John M. Porter
John M. Porter(ASB5818-P77J)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: JPorter@ago.state.al.us

183012



Company Name: ATTORNEY GENERALS OFFICE    User ID: JMPORTER    Last login Date: 9/20

**Main Menu**

County: **23 - COVINGTON**   Case Number: **CC-2002-000129.00**   NOTICE
Name: **JONES DUVAL**
Charge: **ROB1**

**Search**
☐ Party Search
☐ Case Lookup
☐ Attorney Search
☐ Warrant Search
☐ Witness Search
☐ DocketSearch
☐ HotSheet™

**Tracking**
☐ Attorney Tracker
☐ Case Monitor
☐ Name Tracker
☐ Reminders

**Desktop**
☐ My Alacourt

**Administration**
☐ Update User Info

**Case**

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 23 - COVINGTON | Case N°: | CC-2002-000129.00 | JID: | CHS CHARLES / |
| Filed: | 02/28/2002 | AAGCY: | C County | Muni N°: | 00 |
| Arrest date: | 11/27/2001 | Offe date: | 11/23/2001 | ORI: | 0230000 |
| Indict date: | 02/15/2002 | Grand jury: | 158 | Atty 1: | POW029-A |
| Tracking N°'s: | DC200100238500/0/0 | | | | |
| Date: | 06/24/2002 | Que: | 001 | Time: 09:00 AM  Desc: | JTRL JURY TRI. |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | JONES DUVAL | Alias 1: | | | |
| DOB: | 09/15/1978 | SSN: | 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 | | Driv License N°: |
| Height: | 5'11" | Weight: | 175 | Race/Sex: | Black /M |
| SID: | AL0 | YDate: | | AIS: | |
| Address 1: | 707 N MAIN STREET | | | Address 2: | |
| Zip: | | City: | ENTERPRISE | State: | AL |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | LOG004 | Name: | LOGGINS EUGENIA L | Prosecuto |
| Attorney 1: | POW029-A | Name: | POWELL A RILEY IV | Attorney 1 |
| Attorney 2: | | Name: | | Attorney 2 |

### Warrant Information

| | | | |
|---|---|---|---|
| Warrant Date: | | WARACT: | WARLOC |
| BP ISS: | | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | ROB1 | Statute: | ROBBERY 1ST | Stat Name: | 13A-008-041 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | |
|---|---|---|---|---|
| Bond amt: | 525000.00 | Bond type: | P Property | Bond co: |
| Rel date: | | Sure: | | CWIT: |
| Jury Demand: | | | | Appeal Type |

**Settings**

**Disposition**

**Sentence**

EXHIBIT A

Enforcement

## Consolidated Case Action Summary

| Date | Time | Code | Comments |

Consolidated Case Action Summary TC

02/15/2002 16:35:55 TEXT  INDICTMENT

02/15/2002 16:35:56 TEXT  WARRANT OF ARREST - EXECUTED ON: 2/20/02

02/22/2002 16:35:55 TEXT  ORDER ON INITIAL APPEARANCE

03/06/2002 08:26:00 TEXT  AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

03/06/2002 08:26:01 TEXT  APPOINTING RILEY POWELL

03/06/2002 08:55:43 TEXT  PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT

03/06/2002 12:13:38 ATY1  ATTORNEY FOR DEFENDANT: POWELL A RILEY IV (AR10)

03/08/2002 16:25:41 TEXT  MOTION FOR DISCOVERY

03/08/2002 16:25:42 TEXT  NOTICE OF APPEARANCE

03/14/2002 08:47:43 PRTY  PARTY ADDED W002 ELBA POLICE DEPT (AW21)

03/14/2002 08:47:44 ISSD  PARTY W002 ISSUED DATE: 03132002 TYPE: SHERIFF

03/14/2002 08:55:26 TEXT  MOTION FOR BOND REDUCTION

03/15/2002 07:50:31 TEXT  MOTION TO QUASH SUBPOENA

03/18/2002 09:07:00 TEXT  REQUEST FOR DISCOVERY

03/18/2002 11:34:00 TEXT  DEFENDANT'S ANSWER TO STATE'S REQUEST

03/18/2002 11:34:01 TEXT  FOR DISCOVERY

04/04/2002 09:32:00 TEXT  ANSWER TO MOTION FOR DISCOVERY

04/04/2002 16:17:34 SERC  SERVICE OF SERVED PERSON ON 03192002 FOR W002 (A

04/09/2002 16:08:32 TEXT  MOTION IN LIMINE

06/07/2002 08:32:37 DAT1  SET FOR: JURY TRIAL ON 06/24/2002 AT 0900A (AR10)

06/07/2002 09:11:58 SERV  PARTY W001 SERVED DATE: TYPE: (AW21)

06/07/2002 09:12:40 SUBP  WITNESS SUBPOENA ISSUED TO W001 JAMES BEAMAN(AW21)

06/07/2002 09:13:03 PRTY  PARTY ADDED W003 TIM STALLWORTH (AW21)

06/07/2002 09:13:21 PRTY  PARTY ADDED W004 JAMES MACK (AW21)

06/07/2002 09:13:32 PRTY  PARTY ADDED W005 BLAINE WILSON (AW21)

06/07/2002 09:13:53 PRTY  PARTY ADDED W006 MICHAEL SMITH (AW21)

06/07/2002 09:14:20 PRTY  PARTY ADDED W007 BRANDON LASSITER (AW21)

06/07/2002 09:29:10 PRTY  PARTY ADDED W008 AL COSPER (AW21)

06/07/2002 09:29:46 PRTY  PARTY ADDED W009 ANNA BALDWIN (AW21)

06/07/2002 09:30:23 PRTY  PARTY ADDED W010 JOSHUA LEE CARLSON (AW21)

06/07/2002 09:30:54 PRTY  PARTY ADDED W011 JOSHUA TUBERVILLE (AW21)

06/07/2002 09:31:29 PRTY  PARTY ADDED W012 KRISTY JACKSON (AW21)

06/07/2002 09:31:51 PRTY  PARTY ADDED W013 SHERRELL KERVIN (AW21)

| | | | |
|---|---|---|---|
| 06/07/2002 09:32:17 | PRTY | PARTY ADDED W014 BENNY LEE MAYNOR (AW21) |
| 06/07/2002 09:32:49 | PRTY | PARTY ADDED W015 MATTHEW STALLWORTH (AW21) |
| 06/07/2002 09:33:20 | PRTY | PARTY ADDED W016 MELISSA CAMPBELL (AW21) |
| 06/07/2002 09:33:47 | PRTY | PARTY ADDED W017 PETE ROGERS (AW21) |
| 06/07/2002 09:34:18 | PRTY | PARTY ADDED W018 SABRINA REED (AW21) |
| 06/07/2002 10:04:49 | SUBP | WITNESS SUBPOENA ISSUED TO W001 JAMES BEAMAN(AW21) |
| 06/07/2002 10:04:57 | SUBP | WITNESS SUBPOENA ISSUED TO W003 TIM STALLWORTH |
| 06/07/2002 10:05:04 | SUBP | WITNESS SUBPOENA ISSUED TO W004 JAMES MACK (AW21) |
| 06/07/2002 10:05:08 | SUBP | WITNESS SUBPOENA ISSUED TO W005 BLAINE WILSON |
| 06/07/2002 10:05:12 | SUBP | WITNESS SUBPOENA ISSUED TO W006 MICHAEL SMITH |
| 06/07/2002 10:05:17 | SUBP | WITNESS SUBPOENA ISSUED TO W007 BRANDON LASSITER |
| 06/07/2002 10:05:21 | SUBP | WITNESS SUBPOENA ISSUED TO W008 AL COSPER (AW21) |
| 06/07/2002 10:05:25 | SUBP | WITNESS SUBPOENA ISSUED TO W009 ANNA BALDWIN(AW21) |
| 06/07/2002 10:05:30 | SUBP | WITNESS SUBPOENA ISSUED TO W010 JOSHUA LEE CARLSON |
| 06/07/2002 10:05:34 | SUBP | WITNESS SUBPOENA ISSUED TO W011 JOSHUA TUBERVILLE |
| 06/07/2002 10:05:38 | SUBP | WITNESS SUBPOENA ISSUED TO W012 KRISTY JACKSON |
| 06/07/2002 10:05:42 | SUBP | WITNESS SUBPOENA ISSUED TO W013 SHERRELL KERVIN |
| 06/07/2002 10:05:46 | SUBP | WITNESS SUBPOENA ISSUED TO W014 BENNY LEE MAYNOR |
| 06/07/2002 10:05:51 | SUBP | WITNESS SUBPOENA ISSUED TO W015 MATTHEW STALLWORTH |
| 06/07/2002 10:05:56 | SUBP | WITNESS SUBPOENA ISSUED TO W016 MELISSA CAMPBELL |
| 06/07/2002 10:06:01 | SUBP | WITNESS SUBPOENA ISSUED TO W017 PETE ROGERS (AW21) |
| 06/07/2002 10:06:06 | SUBP | WITNESS SUBPOENA ISSUED TO W018 SABRINA REED(AW21) |
| 06/10/2002 13:57:28 | TEXT | ORDER SETTING SETTLEMENT CONFERENCE ON |
| 06/10/2002 13:57:29 | TEXT | 6-17-02 AT 4:00 P.M. |
| 06/10/2002 13:57:41 | DAT2 | SET FOR: SETTLEMENT DOCKET/ ON 06/17/2002 AT 0400P |
| 06/12/2002 10:29:53 | SERV | PARTY W012 SERVED DATE: 06112002 TYPE: SERVED PER |
| 06/13/2002 14:38:45 | PRTY | PARTY ADDED W019 DIANA SPIVEY (AW21) |
| 06/13/2002 14:38:51 | SUBP | WITNESS SUBPOENA ISSUED TO W019 DIANA SPIVEY(AW21) |
| 06/17/2002 09:24:00 | TEXT | ORDER; CONTINUED ON MOTION OF CO-DEFT ALEX |
| 06/17/2002 09:24:01 | TEXT | DANIELS |
| 06/18/2002 09:25:04 | TEXT | PLEA AGREEMENT |
| 06/18/2002 09:25:05 | TEXT | EXPLANATION OF RIGHTS AND PLEA OF GUILTY |
| 06/18/2002 09:25:06 | TEXT | SENTENCING ORDER |
| 06/18/2002 09:25:07 | TEXT | ORDER; AMENDED TO INCLUDE HABITUAL FELONY |
| 06/18/2002 09:25:08 | TEXT | OFFENDER ACT PROVISIONS |
| 06/19/2002 10:47:45 | SERV | PARTY W003 SERVED DATE: 06112002 TYPE: SERVED PER |
| 06/19/2002 10:47:53 | SERV | PARTY W001 SERVED DATE: 06112002 TYPE: SERVED PER |

```
06/19/2002 10:48:03 SERV  PARTY W015 SERVED DATE: 06112002 TYPE: SERVED PER
06/19/2002 10:48:15 SERV  PARTY W011 SERVED DATE: 06122002 TYPE: SERVED PER
06/19/2002 10:48:25 SERV  PARTY W004 SERVED DATE: 06162002 TYPE: NO SERVICE
06/19/2002 10:48:36 SERV  PARTY W010 SERVED DATE: 06122002 TYPE: SERVED PER
06/19/2002 10:48:46 SERV  PARTY W006 SERVED DATE: 06112002 TYPE: SERVED PER
06/19/2002 10:48:56 SERV  PARTY W014 SERVED DATE: 06112002 TYPE: SERVED PER
06/19/2002 10:49:10 SERV  PARTY W013 SERVED DATE: 06112002 TYPE: SERVED PER
06/20/2002 09:16:02 DJID  DISPOSITION JUDGE ID CHANGED FROM: TO: CHS
06/20/2002 09:16:03 DISP  CHARGE 01: ROBBERY 2ND/#CNTS: 001 (AR10)
06/20/2002 09:16:04 DISP  CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 06/18/2002
06/20/2002 09:16:43 CH01  DEFENDANT SENTENCED ON: 06/18/2002 (AR05)
06/20/2002 09:16:44 CH01  SENTENCE TO BEGIN ON: 06/18/2002 (AR05)
06/20/2002 09:16:45 CH01  IMPOSED CONFINEMENT: 30 YEARS (AR05)
06/20/2002 09:16:46 CH01  TOTAL CONFINEMENT: 30 YEARS (AR05)
06/20/2002 09:16:47 CH01  PENITENTIARY PROVISION ORDERED BY THE COURT (AR05)
06/20/2002 09:17:18 CH01  COST PROVISION ORDERED BY THE COURT (AR05)
06/20/2002 09:17:19 CH01  RECOUPMENT PROVISION ORDERED BY THE COURT (AR05)
06/20/2002 09:17:20 CH01  R001 REST AMOUNT ORDERED: $3127.21 (AR05)
06/20/2002 09:17:21 CH01  HISTORY FEE PROVISION ORDERED BY THE COURT (AR05)
06/20/2002 09:17:22 CH01  CVCC PROVISION ORDERED BY THE COURT (AR05)
06/20/2002 09:17:23 CH01  RESTITUTION FOR R001 ORDERED BY THE COURT (AR05)
06/20/2002 09:17:24 CH01  SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05)
06/20/2002 09:19:28 CH01  JAIL CREDIT: 203 DAYS (AR05)
06/20/2002 09:19:44 D001  ENFORCEMENT STATUS SET TO: "J" (FE52)
06/20/2002 09:21:36 PRTY  PARTY ADDED R001 PIZZA HUT #2486 (AW21)
06/20/2002 09:23:37 TRSC  TRANSCRIPT OF RECORD ISSUED: 06/20/2002 (AR08)
06/20/2002 09:23:54 CH01  HABITUAL OFFENDER PROVISION ORDERED BY THE COURT
06/20/2002 09:24:16 TRSC  TRANSCRIPT OF RECORD ISSUED: 06/20/2002 (AR08)
06/20/2002 09:29:15 SERV  PARTY W017 SERVED DATE: 06162002 TYPE: SERVED PER
06/20/2002 09:29:52 SERV  PARTY W007 SERVED DATE: 06172002 TYPE: NO SERVICE
06/21/2002 09:36:26 SERV  PARTY W018 SERVED DATE: 06182002 TYPE: SERVED PER
06/21/2002 09:36:45 SERV  PARTY W008 SERVED DATE: 06182002 TYPE: SERVED PER
06/21/2002 09:38:09 SERV  PARTY W009 SERVED DATE: 06182002 TYPE: SERVED PER
06/27/2002 16:13:18 SERV  PARTY W019 SERVED DATE: 06202002 TYPE: SERVED PER
06/27/2002 16:14:02 SERV  PARTY W016 SERVED DATE: 06202002 TYPE: NO SERVICE
07/01/2002 02:59:54 FELN  CONVICTION REPORT TO BOARD OF REGISTRARS
07/29/2002 14:58:21 SERV  PARTY W019 SERVED DATE: TYPE: (AW21)
```

```
07/29/2002 14:58:23 SUBP  WITNESS SUBPOENA ISSUED TO W019 DIANA SPIVEY(AW21)

08/06/2002 11:37:50 SERV  PARTY W019 SERVED DATE: 08062002 TYPE: NO SERVICE

08/16/2002 08:30:33 TEXT  MOTION TO SUBSTITUTE-GRANTED 8-27-02

03/10/2003 14:14:17 TEXT  PETITION FOR RELIEF FROM CONVICTION OR SENTENCE

03/17/2003 14:14:17 TEXT  ORDER; SUCH REQUEST IS HEREBY DENIED.

09/20/2004 07:51:53 TEXT  MOTION TO SET ASIDE THE SENTENCE/MOTION FOR

09/20/2004 07:51:54 TEXT  RESENTENCING/MOTION TO CORRECT THE RECORD

09/21/2004 16:29:31 TEXT  MOTION DENIED - 9/21/04

10/01/2004 10:44:03 TEXT  MOTION PURSUANT TO RULE 24.2 ARREST OF JUDGMENT

10/14/2004 12:23:07 TEXT  MOTION DATED 10/01/04 "DENIED" /CHS
```

## Images

| Key | Date | Pages | Document Type | Name |
|-----|------|-------|---------------|------|

**Witness List**

**Financial**

**Motions**



Page 1 of 2

Company Name: **ATTORNEY GENERALS OFFICE**    User ID: **JMPORTER**    Last login Date: 9/20

**Main Menu**

County: **23 - COVINGTON**    Case Number: **CC-2002-000129.60**    NOTICE
Name: **JONES DUVAL**
Charge: **RULE**

**Search**
- ☐ Party Search
- ☐ Case Lookup
- ☐ Attorney Search
- ☐ Warrant Search
- ☐ Witness Search
- ☐ DocketSearch
- ☐ HotSheet™

**Tracking**
- ☐ Attorney Tracker
- ☐ Case Monitor
- ☐ Name Tracker
- ☐ Reminders

**Desktop**
- ☐ My Alacourt

**Administration**
- ☐ Update User Info

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 23 - COVINGTON | Case N°: | CC-2002-000129.60 | JID: | CHS CHARLES / |
| Filed: | 11/25/2003 | AAGCY: | C County | Muni N°: | 00 |
| Arrest date: | | Offe date: | | ORI: | 0230000 |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | 0/0/0 | | | | |
| Date: | | Que: | | Time: | Desc: |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | JONES DUVAL | Alias 1: | | | |
| DOB: | 09/15/1978 | SSN: | 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 | Driv License N°: | |
| Height: | 5'11" | Weight: | 175 | Race/Sex: | Black /M |
| SID: | AL0 | YDate: | | AIS: | |
| Address 1: | #189486/4-025/F.C.C. | | | Address 2: | FOUNTAIN 380( |
| Zip: | 36503 | City: | ATMORE | State: | AL |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | LOG004 | Name: | LOGGINS EUGENIA L | Prosecuto |
| Attorney 1: | | Name: | | Attorney 1 |
| Attorney 2: | | Name: | | Attorney 2 |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC |
| BP ISS: | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | RULE | Statute: | RULE 32-FELONY | Stat Name: | RULE 32 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | |
|---|---|---|
| Bond amt: 0.00 | Bond type: N | Bond co: |
| Rel date: | Sure: | CWIT: |
| Jury Demand: | | Appeal Type |

**Settings**

**Disposition**

**Sentence**

EXHIBIT  B

http://v2.alacourt.com/frmCaseDetailCC.aspx?County=23&Div=CC&CaseNumber=20020... 9/21/2006

Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 11/25/2003 | 14:03:46 | TEXT | ORDER WAIVING FILING FEE AND FOR FILING OF RULE 32 |
| 11/25/2003 | 14:03:47 | TEXT | PETITION |
| 11/25/2003 | 14:03:48 | TEXT | PETITION FOR RELIEF FROM CONVICTION OR SENTENCE |
| 11/25/2003 | 14:03:57 | CASU | CASE ACTION SUMMARY PRINTED (AR08) |
| 12/18/2003 | 16:36:50 | TEXT | MOTION TO DISMISS RULE 32 PETITION |
| 12/30/2003 | 14:25:53 | TEXT | ORDER DISMISSED; COSTS TAXED TO DEFENDANT |
| 12/30/2003 | 14:26:00 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: CHS |
| 12/30/2003 | 14:26:01 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 12/30/2003 | 14:26:02 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 12/30/2003 |
| 12/30/2003 | 14:26:03 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) |
| 12/30/2003 | 14:26:14 | D001 | ENFORCEMENT STATUS SET TO: "J" (FE52) |
| 07/01/2004 | 14:44:45 | TEXT | MOTION FOR AN OUT-OF-TIME APPEAL OF RULE 32 |
| 07/01/2004 | 14:44:46 | TEXT | PETITION--DENIED |
| 04/21/2005 | 10:49:17 | TEXT | PETITIONER MOTION REQEUSTING RESPONSE SHOWING |
| 04/21/2005 | 10:49:18 | TEXT | THIS HONORABLE COURT THAT THE RULING OF COPELAND |
| 04/21/2005 | 10:49:19 | TEXT | V STATE APPLIES TO THIS CASE PRAYING FOR AN ORDER |
| 04/21/2005 | 10:49:20 | TEXT | THAT THE INDICTMENT WOULD BE ORDER QUASHED RENDER |
| 04/21/2005 | 10:49:21 | TEXT | PETITIONER PRESENT CONVICTION AND SENTENCE TO |
| 04/21/2005 | 10:49:22 | TEXT | BE VACATED AND SET ASIDE--DENIED 4-25-05 |
| 04/21/2005 | 14:39:47 | TEXT | MOTION IN REQUEST FOR A HEARING TO BE ORDERED AND |
| 04/21/2005 | 14:39:48 | TEXT | HAD PURSUANT TO BLAKELY V WASHINGTON--DENIED |
| 04/21/2005 | 14:40:00 | TEXT | 4-25-05 |

## Images

| Key | Date | Pages | Document Type | Name |
|---|---|---|---|---|

## Witness List

## Financial

## Motions

Alacourt.com 2.0        Page 1 of 2



Company Name: ATTORNEY GENERALS OFFICE    User ID: JMPORTER    Last login Date: 9/20

**: Main Menu**

County: **23 - COVINGTON**    [Monitor →]    Case Number: **CC-2002-000129.61**    [NOTICE]
Name: **JONES DUVAL**
Charge: **RULE**

### Search
☐ Party Search
☐ Case Lookup
☐ Attorney Search
☐ Warrant Search
☐ Witness Search
☐ DocketSearch
☐ HotSheet™

### Tracking
☐ Attorney Tracker
☐ Case Monitor
☐ Name Tracker
☐ Reminders

### Desktop
☐ My Alacourt

### Administration
☐ Update User Info

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 23 - COVINGTON | Case N°: | CC-2002-000129.61 | JID: | CHS CHARLES / |
| Filed: | 02/08/2005 | AAGCY: | C County | Muni N°: | 00 |
| Arrest date: | | Offe date: | | ORI: | 0230000 |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | 0/0/0 | | | | |
| Date: | | Que: | | Time: | Desc: |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | JONES DUVAL | Alias 1: | | | |
| DOB: | 09/15/1978 | SSN: | 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 | Driv License N°: | |
| Height: | 5'11" | Weight: | 175 | Race/Sex: | Black /M |
| SID: | AL0 | YDate: | | AIS: | |
| Address 1: | #189486/4-025/F.C.C. | | | Address 2: | FOUNTAIN 380( |
| Zip: | 36503 | City: | ATMORE | State: | AL |

### Prosecutor and Attorney Info

| | | | | | |
|---|---|---|---|---|---|
| Prosecutor: | GAM014 | Name: | GAMBRIL GREGORY LEE | | Prosecut |
| Attorney 1: | | Name: | | | Attorney |
| Attorney 2: | | Name: | | | Attorney |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC |
| BP ISS: | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | RULE | Statute: | RULE 32-FELONY | Stat Name: | RULE 32 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | 0.00 | Bond type: | N | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | | | | Appeal Type | |

**Settings**

**Disposition**

**Sentence**

EXHIBIT
tabbies' C

Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 02/08/2005 | 10:13:56 | TEXT | ORDER FOR FILING OF RULE 32 PETITION |
| 02/08/2005 | 10:13:57 | TEXT | PETITION FOR RELIEF FROM CONVICTION OR SENTENCE |
| 03/09/2005 | 08:25:07 | TEXT | MOTION TO DISMISS RULE 32 PETITION |
| 03/16/2005 | 08:24:32 | TEXT | ORDER; DISMISSED; COSTS TAXED TO DEFENDANT |
| 03/17/2005 | 08:23:23 | JFEL | JUROR FELONY FLAG SET ON FOR INDIVIDUAL (AR10) |
| 03/17/2005 | 08:23:24 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 03/16/2005 |
| 03/17/2005 | 08:23:25 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: CHS |
| 03/17/2005 | 08:23:26 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 03/17/2005 | 08:23:27 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) |
| 08/11/2006 | 08:33:34 | TEXT | MOTION TO RECONSIDER SENTENCE--DENIED 8-16-06 |

## Images

## Witness List

## Financial

## Motions



Alacourt.com²⁰ Page 1 of 2

## alacourt.com™
### The Alabama Trial Court System at your desk

Company Name: ATTORNEY GENERALS OFFICE    User ID: JMPORTER    Last login Date: 9/20

**: Main Menu**

County: **23 - COVINGTON**    Case Number: **CC-2002-000129.62**    NOTICE
Name: **JONES DUVAL**
Charge: **RULE**

**Search**
- ☐ Party Search
- ☐ Case Lookup
- ☐ Attorney Search
- ☐ Warrant Search
- ☐ Witness Search
- ☐ DocketSearch
- ☐ HotSheet™

**Tracking**
- ☐ Attorney Tracker
- ☐ Case Monitor
- ☐ Name Tracker
- ☐ Reminders

**Desktop**
- ☐ My Alacourt

**Administration**
- ☐ Update User Info

### Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 23 - COVINGTON | Case N°: | CC-2002-000129.62 | JID: | CHS CHARLES / |
| Filed: | 10/31/2005 | AAGCY: | C County | Muni N°: | 00 |
| Arrest date: | | Offe date: | | ORI: | 0230000 |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | 0/0/0 | | | | |
| Date: | | Que: | | Time: | Desc: |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | JONES DUVAL | Alias 1: | | | |
| DOB: | 09/15/1978 | SSN: | 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 | Driv License N°: | |
| Height: | 5'11" | Weight: | 175 | Race/Sex: | Black /M |
| SID: | AL0 | YDate: | | AIS: | |
| Address 1: | #189486 | | | Address 2: | FOUNTAIN 380( |
| Zip: | 36503 | City: | ATMORE | State: | AL |

### Prosecutor and Attorney Info

| | | | |
|---|---|---|---|
| Prosecutor: | GAM014 | Name: | GAMBRIL GREGORY LEE    Prosecut |
| Attorney 1: | | Name: | Attorney |
| Attorney 2: | | Name: | Attorney |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC |
| BP ISS: | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | RULE | Statute: | RULE 32-FELONY | Stat Name: | RULE 32 |
| 2. Crime co: | | Statute: | | Stat Name: | |
| 3. Crime co: | | Statute: | | Stat Name: | |
| More: | N | Dom Viol: | N | Case Type: | F |
| Comment: | | | | | |

### Bonding Information

| | | | | | |
|---|---|---|---|---|---|
| Bond amt: | 0.00 | Bond type: | N | Bond co: | |
| Rel date: | | Sure: | | CWIT: | |
| Jury Demand: | | | | Appeal Type | |

**Settings**

**Disposition**

**Sentence**



EXHIBIT
D

http://v2.alacourt.com/frmCaseDetailCC.aspx?County=23&Div=CC&CaseNumber=20020...    9/21/2006

Enforcement

Consolidated Case Action Summary

Consolidated Case Action Summary TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 10/31/2005 | 15:21:38 | TEXT | ORDER FOR FILING OF RULE 32 PETITION |
| 10/31/2005 | 15:21:39 | TEXT | PETITION FOR RELIEF FROM CONVICTION OR SENTENCE |
| 10/31/2005 | 15:21:40 | TEXT | INFORMA PAUPERIS DECLARATION |
| 11/17/2005 | 14:23:37 | TEXT | MOTION TO DISMISS RULE 32 PETITION---- |
| 11/17/2005 | 14:23:38 | TEXT | GRANTED 11-28-05 |
| 11/28/2005 | 14:25:06 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: CHS |
| 11/28/2005 | 14:25:07 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 11/28/2005 |
| 11/28/2005 | 14:25:08 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 11/30/2005 | 09:37:41 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001 (AR10) |
| 11/30/2005 | 09:37:42 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 11/29/2005 |

**Images**

| Key | Date | Pages | Document Type | Name |
|---|---|---|---|---|

**Witness List**

**Financial**

**Motions**