IN THE UNITED STATES DISTRICT COURT MONTGOMERY ALABAMA

Duval Jones

v

State of Alabama

CASE NO. 2:06-CV-720 WHA

RECEIVED
2006 OCT 13 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO SHOW CAUSE TO CONTINUE FEDERAL HABEAS CORPUS

Comes Now Before this Court, Duval Jones, Pro-Se, Petitioner in the above entitled, styled and numbered cause and respectfully files this motion to show cause to continue Federal Habeas Corpus as ordered by United States Magistrate Judge Honorable Susan Russ Walker on Oct. 3rd 2006. The Petitioner will respectfully show the following in support of this motion:

### I
### Facts of Case

On July 28th 2006 the Petitioner

cont'
(1)

filed a Petition For Habeas Corpus Relief. On Oct 3rd 2006 Honorable Judge Susan Russ Walker ordered Petitioner to Show Cause why his Federal Habeas Corpus Petition Should not be Denied as it was not Filed within the one-year Limitation Period Established by 28 U.S.C. § 2244 (D)(1).

## II
## Relief Sought

To Continue Said Cause

## III
## Grounds For Relief

The Courts interpreted that the Petitioners conviction became Final by Operation of Law on July 30th 2002 and there was no Direct Appeal Filed by the Petitioner therefore the Filing of the Petitioners Federal Habeas Corpus on July 28th 2006 should be Barred by the one year Limitation Period applicable to 28 U.S.C. § 2254 Petitions. Time calculated from July 28th 2006 back to July 30th 2002. The Petitioner due to Limited Access to Court from the Transition from the County Jail to the Alabama Dept. of Corrections and other factors Failed to Directly

CONT
(2)

Appeal said cause within a timely manner so to exhaust state remedies was allowed to seek relief through Post-Conviction Rule 32 Petitions one on Feb 2, 2005 and on Oct 31st 2005. These petitions where heard and the petition of Oct 31st 2005 was not denied for untimely manner, and it is held that the petitioner must exhaust state remedies before seeking relief under Section 2254, thus Oct 31st 2005 would put the petitioner within the one year limitation required by this Court.

Therefore with all premises considered and the hearing of this motion I therefore pray that this Court grant said motion and continue cause

Respectfully Submitted

_____
Duval Jones 189486
Fountain 3800
Atmore, AL. 36503

## UNSWORN AFFIDAVIT

I HEREBY SWEAR UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS AND ALLEGATIONS OF THIS MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

ON THIS THE ____9TH____ DAY OF ____OCT.____ 2006

_____
PETITIONER

## CERTIFICATE OF SERVICE

I DECLARE THAT A TRUE AND CORRECT COPY OF A MOTION TO SHOW CAUSE TO CONTINUE FEDERAL HABEAS CORPUS WAS MAILED BY WAY OF U.S. POSTAL SERVICE TO:

CLERK
U.S. DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101

ON THIS THE ____9TH____ DAY OF ____OCT____ 2006

_____
PETITIONER

(4)