IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DUVAL JONES, #189486, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv720-WHA |
| | ) |
| JERRY FERRELL, WARDEN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 28, 2007, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief is DISMISSED with prejudice as time-barred.

Done this 22nd day of October, 2007.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE